IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLASCO WILLIAMS, III, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 09-00670-CG-B |
| GRANTT CULLIVER, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. The Court further finds that Petitioner is not entitled to a certificate of appealability; and therefore, is not entitled to appeal in forma pauperis.

**DONE** this 7th day of September, **2011**.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE