IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GLASCO WILLIAMS, III,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 09-00670-CG-B |
| **GRANTT CULLIVER,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice. Petitioner is not entitled to a certificate of appealability; and therefore, is not entitled to appeal in forma pauperis.

**DONE** this 7th day of September, **2011**.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE